**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
CHELSEA L. DIAZ (SBN 271859)
cdiaz@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101

Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.
Erroneously sued as Capital One, National Association

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TERRY CROY,<br><br>                Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; CAPITAL ONE, NATIONAL ASSOCIATION; KEYBANK, NATIONAL ASSOCIATION and DOES 1 THROUGH 100, inclusive,<br><br>                Defendants. | Case No.<br><br>**DEFENDANT CAPITAL ONE BANK (USA), N.A.'S NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1441(a) AND 28 U.S.C. §1331 (FEDERAL QUESTION)**<br><br>[*Filed concurrently with Civil Case Cover Sheet*]<br><br>[Santa Clara Superior Court Limited Jurisdiction Case No.: 1-15-cv-285639]<br><br>Complaint Filed:   September 15, 2015<br>Trial Date:        None |

DOLL AMIR & ELEY LLP

DOLL AMIR & ELEY LLP

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT** defendant Capital One Bank (USA), N.A. ("Capital One"), erroneously sued as "Capital One, National Association," hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. § 1441(a) and 28 U.S.C. § 1331, and removes this action from state court to federal court pursuant to 28 U.S.C. § 1446(b).

**A.   JURISDICTION**

1.     Capital One specifically alleges that this Court has federal question jurisdiction over this action pursuant to 28 U.S.C. §§ 1441(a) and § 1331 because Plaintiff Terry Croy ("Plaintiff") alleges a cause of action arising under the federal Fair Credit Reporting Act ("FCRA"), codified at 15 U.S.C. §§ 1681 *et seq.*

**B.   STATEMENT OF THE CASE**

2.     On September 15, 2015, Plaintiff filed a Complaint in the Superior Court of the State of California for the County of Santa Clara, designated as Case Number 1-15-cv-285639 (the "Action"). Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings and orders served on Capital One in this case is attached hereto as *Exhibit A*.

3.     Plaintiff asserts one (1) cause of action in his Complaint against Capital One, which is a violation of the federal FCRA.

**C.   BASIS FOR REMOVAL**

4.     This Court has jurisdiction over this Action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441(a) because Plaintiff alleges claims arising under the FCRA, which is a law of the United States.

5.     Specifically, for example, Plaintiff's Complaint alleges that Capital One "violated section 1681s-2 by failing to conduct a reasonable investigation and re-reporting a misleading and or inaccurate monthly payment, and or listed the accounts as in collections and or charged off rather than discharged in Bankruptcy." *See* Ex. A,

1

Complaint, ¶ 17.  Therefore, adjudication of Plaintiff's Complaint requires an analysis and construction of federal law.  Thus, this Action is one which may be removed to this Court by Capital One pursuant to 28 U.S.C. § 1441(a) and § 1331 because this Court would have had original jurisdiction founded on Plaintiff's claim arising under the FCRA.

**D.   ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED.**

6.     Removal of this action is timely.  Capital One was served with the Complaint in this Action on September 18, 2015.  Therefore, this Notice of Removal is "filed within thirty [30] days after receipt by the defendant . . . of a copy of [Plaintiff's Summons and Complaint]" in accordance with the time period mandated by 28 U.S.C. §1446(b).

7.     According to the Santa Clara Superior Court's register of actions found online for the Action, none of the co-defendants have been served thus far and, therefore, consent to removal from the co-defendants is not required at this time.  Attached hereto as *Exhibit B* is a true and correct copy of the register of actions for the Action, which was printed from the Court's website on October 8, 2015.

8.     Venue lies in the United States District Court for the Northern District of California pursuant to 28 U.S.C. §1446(a) because the Action was filed in this District.

9.     As stated above, pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings and orders received by Capital One in the Action are attached hereto as *Exhibit A*.

10.     Written notice of the filing of this Notice of Removal will be promptly served upon Plaintiff.  Capital One will also promptly file a copy of this Notice with the Clerk of the Superior Court of California, County of Santa Clara.

///

///

DOLL AMIR & ELEY LLP

2

1    **WHEREFORE** Capital One prays that the above Action now pending against

2    it in the Superior Court of the State of California, County of Santa Clara, be removed

3    therefrom to this Court.

4

5    DATED:  October 8, 2015                    **DOLL AMIR & ELEY LLP**

6

7                                               By: */s/ Chelsea L. Diaz* _____
                                                    HUNTER R. ELEY
8                                                   CHELSEA L. DIAZ
                                               Attorneys for Defendant,
9                                              CAPITAL ONE BANK (USA), N.A.

DOLL AMIR & ELEY LLP

NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1441(a)  AND 28 U.S.C. §1331