SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TERRY CROY, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br><br> Defendants. | Case No.: 5:15-CV-04678-RMW <br><br> STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Terry Croy and defendant Experian Information Solutions, Inc. ("Experian"), that Experian be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; ~~PROPOSED~~ ORDER - 1

```
1
2   DATED:  April 8, 2016              Sagaria Law, P.C.
3                                      By:      /s/ Elliot W. Gale
4                                               Elliot W. Gale
                                       Attorneys for Plaintiff
5                                      Terry Croy
6
7   DATED:  April 8, 2016              Jones Day
8
9                                      By:     /s/  Ramon Ramirez
10                                              Ramon Ramirez
                                       Attorneys for Defendant
11                                     Experian Information Solutions, Inc.
12
13
14
    I, Elliot Gale, am the ECF user whose identification and password are being used to file this
15
    Stipulation. I hereby attest that Ramon Ramirez has concurred in this filing.
16
    /s/ Elliot Gale
17
18
19                              [PROPOSED] ORDER
20
        Pursuant to the stipulation of the Parties, Defendant Experian is dismissed with prejudice.
21
        IT IS SO ORDERED.
22
23
                                                   [signature: Ronald M. Whyte]
24  DATED: 4/12/2016                               _____
25                                                 Ronald M. Whyte
26                                                 UNITED STATES DISTRICT JUDGE
27
28
```

STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; ~~PROPOSED~~

ORDER - 2