1   Scott Sagaria (State Bar No.217981)
    Elliot Gale (State Bar No. 263326)
2   Joe Angelo (State Bar No. 268542)
    SAGARIA LAW, P.C.
3   2033 Gateway Place, 5th Floor
    San Jose, California 95110
4   Telephone: (408) 279-2288
    Facsimile: (408) 279-2299
5
    Attorneys for Plaintiff
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
        **NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION**
10

11
    TERRY CROY,                        | Case No.: 5:15-CV-05533-RMW
12
                                       |
             Plaintiff,                | **STIPULATED REQUEST FOR**
13                                     | **DISMISSAL OF DEFENDANT**
                                       | **CAPITAL ONE BANK (USA), N.A.,**
14           vs.                       | **ERRONEOUSLY SUED AS**
                                       | **CAPITAL ONE, NATIONAL**
15                                     | **ASSOCIATION; [PROPOSED]**
    EXPERIAN INFORMATION               | **ORDER**
16  SOLUTIONS, INC.; et. al.,          |
                                       |
17                                     |
             Defendants.               |
18

19

20

21

22

23

24

25

26

27

28

                                       1
    STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT CAPITAL ONE; [PROPOSED] ORDER

1    **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

2        **IT IS HEREBY STIPULATED** by and between plaintiff Terry Croy and

3    defendant Capital One Bank (USA), N.A. ("Capital One"), erroneously sued as

4    Capital One, National Association, that Capital One be dismissed from this action

5    with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and that each

6    party shall bear its own attorneys' fees and costs.

7

8    DATED:  April 27, 2016          Sagaria Law, P.C.

9                                    By:   ___/s/ Elliot W. Gale_____

10                                             Elliot W. Gale

11                                   Attorneys for Plaintiff
                                     Terry Croy

12

13   DATED:  April 27, 2016          Doll Amir & Eley LLP

14

15                                   By: /s/ Chelsea L. Diaz
                                     Attorneys for Defendant

16                                   Capital One Bank (USA), N.A.

17   I, Elliot Gale, am the ECF user whose identification and password are being used to

18   file this Stipulation. I hereby attest that Chelsea Diaz has concurred in this filing.

19   /s/ Elliot Gale

20

21                            **[PROPOSED] ORDER**

22        Pursuant to the stipulation of the Parties, Capital One is dismissed with

23   prejudice.

24        **IT IS SO ORDERED.**

25

26   DATED:_____          _____

27                                  RONALD M. WHYTE
                                    UNITED STATES DISTRICT JUDGE

28

                                     2
     STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT CAPITAL ONE; [PROPOSED] ORDER