Eileen M. Ahern
eahern@willenken.com
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250

Attorneys for Defendant
KEYBANK NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TERRY CROY, | CASE NO.: 5:15-cv-04678-RMW |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al. | Assigned to Hon. Ronald M. Whyte |
| Defendants. | |

139279.1

1          Plaintiff Terry Croy and defendant KeyBank National Association stipulate, pursuant to

2    Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal, with prejudice, of all remaining claims in this

3    case.

4          The parties have agreed that each party will bear its own attorneys' fees, costs, and

5    expenses.

6

7    Dated:  June 23, 2016                    WILLENKEN WILSON LOH & DELGADO LLP

8
                                             By:   _/s/ Eileen M. Ahern_____
9                                               Eileen M. Ahern
                                                Attorneys for Defendant
10                                              KEYBANK NATIONAL ASSOCIATION

11
     Dated:  June 23, 2016                    SAGARIA LAW, P.C.
12

13                                           By:   _/s/ Elliot Gale_____
                                                Elliot Gale
14                                              Attorneys for Plaintiff
                                                TERRY CROY
15

16

17

18

19

20

21

22

23

24

25

26

27

28

139279.1

1

**<u>SIGNATURE CERTIFICATION</u>**

2

3

    Pursuant to Civil Local Rule 5-1(i)(3) of the United States District Court for the Northern

4

District of California, I hereby certify that the content of this document is acceptable to Elliot

5

Gale, counsel for Terry Croy, and that I have obtained counsel's authorization to affix his

6

electronic signature to this document.

7

8

Dated:  June 23, 2016                                 WILLENKEN WILSON LOH & DELGADO LLP

9

                                                        By:   <u>*/s/ Eileen M. Ahern*</u>

10
                                                              Eileen M. Ahern
                                                              Attorneys for Defendant

11                                                            KEYBANK NATIONAL ASSOCIATION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

139279.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated:  June 23, 2016                    WILLENKEN WILSON LOH & DELGADO LLP

By:   _/s/ Eileen M. Ahern_____
Eileen M. Ahern
Attorneys for Defendant
KEYBANK NATIONAL ASSOCIATION

CERTIFICATE OF SERVICE